United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael Hines  
      Debtor

Case No. 16-16991-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: jch     Page 1 of 1     Date Rcvd: Jan 27, 2017  
Form ID: 175     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2017.  
db         +Michael Hines,    4200 I Street,    Philadelphia, PA 19124-4802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2017                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2017 at the address(es) listed below:  
        DENISE ELIZABETH CARLON    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com  
        ERIK B. JENSEN    on behalf of Debtor Michael  Hines john@erikjensenlaw.com, regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                           TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re: Michael Hines
    Debtor(s)

Case No: 16–16991–jkf
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed
for Failure to Pay the Third
Installment Payment in the amount
of $80.00

will be held before the Honorable Jean K. FitzSimon ,United States Bankruptcy Court

on: 2/15/17

at: 09:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: January 27, 2017