# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

            Chapter 13

            Bankruptcy No. 16-16991-JKF

MICHAEL HINES

4200 I Street

Philadelphia, PA 19124

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  MICHAEL HINES

  4200 I Street

  Philadelphia, PA 19124

Counsel for debtor(s), by electronic notice only.

  ERIK B JENSEN, P.C.
  1528 WALNUT ST
  SUITE 1401
  PHILA, PA 19102-

Date: 3/20/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee