IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| **Michael Hines** | : Chapter 13 |
| | : |
| | : |
| **Debtor** | : Bankruptcy No. 16-16991-jkf |
| | : |
| **Movant** | : Motion to Avoid Judicial Lien |
| | : |
| **v.** | : |
| | : |
| **Unifund CCR Partners assignee** | : |
| **Citibank Universal Card Services** | : |
| **Respondent** | : |

**ORDER**

AND NOW, to wit this 18th day of May, 2017 upon the Debtor's Motion to Avoid a Judicial Lien which impairs the Debtor's exemption;

And, the Debtor having asserted that the alleged lien arising from the judgment obtained in the First Judicial District, Municipal Court , case number SC-05-04-28-7399, entered as stated in the Motion is subject to avoidance pursuant to 11 U.S.C. §522(f).

It is hereby **ORDERED** that the Motion is **GRANTED** and the judicial lien in the above-mentioned real property of the Debtor(s) held by the respondent, if any, is **AVOIDED**.  This relief is effective upon discharge.

BY THE COURT

_____
HON. JEAN K. FITZSIMON
BANKRUPTCY JUDGE