United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael Hines  
    Debtor

Case No. 16-16991-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: May 18, 2017  
               Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2017.  
db          +Michael Hines,   4200 I Street,   Philadelphia, PA 19124-4802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2017 at the address(es) listed below:  
       DENISE ELIZABETH CARLON    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com  
       ERIK B. JENSEN    on behalf of Debtor Michael  Hines john@erikjensenlaw.com, regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com  
       MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com  
       THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                             TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| **Michael Hines** | : Chapter 13 |
| | : |
| **Debtor** | : Bankruptcy No. 16-16991-jkf |
| | : |
| **Movant** | : Motion to Avoid Judicial Lien |
| | : |
| v. | : |
| | : |
| **Unifund CCR Partners assignee** | : |
| **Citibank Universal Card Services** | : |
| **Respondent** | : |

## ORDER

AND NOW, to wit this 18th day of May, 2017 upon the Debtor's Motion to Avoid a Judicial Lien which impairs the Debtor's exemption;

And, the Debtor having asserted that the alleged lien arising from the judgment obtained in the First Judicial District, Municipal Court, case number SC-05-04-28-7399, entered as stated in the Motion is subject to avoidance pursuant to 11 U.S.C. §522(f).

It is hereby **ORDERED** that the Motion is **GRANTED** and the judicial lien in the above-mentioned real property of the Debtor(s) held by the respondent, if any, is **AVOIDED**. This relief is effective upon discharge.

BY THE COURT

_____
HON. JEAN K. FITZSIMON
BANKRUPTCY JUDGE